```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 22395
   BRIAN FEENEY
   DEBRA B FEENEY                              CHAPTER 13

                                               JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-1883     SSN XXX-XX-5882

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/14/2004 and was confirmed 08/23/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 08/30/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
--------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED NOT I  NOT FILED             .00           .00
FORD MOTOR CREDIT         SECURED          15690.00        1472.80      15690.00
FORD MOTOR CREDIT         UNSECURED         5402.71            .00        540.27
FORD MOTOR CREDIT         SECURED           8885.00         834.03       8885.00
FORD MOTOR CREDIT         UNSECURED         1440.15            .00        144.02
ROGERS & HOLLAND          SECURED           1500.00            .00       1500.00
ROGERS & HOLLAND          UNSECURED         1806.19            .00        180.62
WORLD FINANCIAL NETWORK   SECURED NOT I  NOT FILED             .00           .00
WORLD FINANCIAL NETWORK   UNSECURED      NOT FILED             .00           .00
ILLINOIS DEPT OF REVENUE  PRIORITY       NOT FILED             .00           .00
CAPITAL ONE BANK          FILED LATE         540.18            .00           .00
COMMONWEALTH EDISON       UNSECURED      NOT FILED             .00           .00
FIFTH THIRD BANK          UNSECURED        10311.41            .00       1031.14
FIFTH THIRD BANK          UNSECURED      NOT FILED             .00           .00
B-LINE LLC                UNSECURED          901.86            .00         90.19
FIRST PREMIER BANK        UNSECURED      NOT FILED             .00           .00
GINNYS                    UNSECURED          179.62            .00         17.96
JOHN SENDRA               UNSECURED      NOT FILED             .00           .00
NICOR GAS                 UNSECURED          367.72            .00         36.77
OCCU SPORT SERVICES       UNSECURED      NOT FILED             .00           .00
ORCHARD BANKCARD SERVICE  UNSECURED      NOT FILED             .00           .00
OTOLARYNGOLOGY HNS LTD    UNSECURED          109.25            .00         10.93
PALOS ANESTHESIA ASSOCS~  UNSECURED      NOT FILED             .00           .00
PALOS COMMUNITY HOSPITAL  UNSECURED      NOT FILED             .00           .00
SANDRA HARNISCH           UNSECURED        27728.74            .00       2772.87
SHERMAN ACQUISITION       UNSECURED          336.12            .00         33.61
SEVENTH AVENUE            UNSECURED          341.46            .00         34.15
B-LINE LLC                UNSECURED          853.16            .00         85.32
WELLS FARGO FINANCIAL IL  UNSECURED         2655.41            .00        265.54
AMERICAN GENERAL FINANCE  UNSECURED         2001.41            .00        200.14
JEFFERSON CAPITAL SYSTEM  UNSECURED         1369.52            .00        136.95
CAPITAL ONE BANK          FILED LATE         929.64            .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 22395 BRIAN FEENEY & DEBRA B FEENEY
```

```
CAPITAL ONE BANK          FILED LATE       392.81              .00              .00
CAPITAL ONE BANK          FILED LATE       638.90              .00              .00
DANIEL J WINTER           DEBTOR ATTY    1,394.00                          1,394.00
TOM VAUGHN                TRUSTEE                                          2,091.90
DEBTOR REFUND             REFUND                                           1,007.67
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
```
                          RECEIPTS              DISBURSEMENTS
```
--------------------------------------------------------------------------------
```
TRUSTEE                  38,455.88

PRIORITY                                               .00
SECURED                                          26,075.00
    INTEREST                                      2,306.83
UNSECURED                                         5,580.48
ADMINISTRATIVE                                    1,394.00
TRUSTEE COMPENSATION                              2,091.90
DEBTOR REFUND                                     1,007.67
                         ---------------        ---------------
TOTALS                   38,455.88               38,455.88
```

　　　Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 11/27/07                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE